Lawrence S. Gordon (SBN 302330)
lgordon@cozen.com
Yevgenia A. Wiener (SBN 259883)
ywiener@cozen.com
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA  94104
Tel:       415.644.0914
Fax:       415.644.0978

Attorney for Plaintiff and Counter-Defendant
REALTY WORLD, INC. and Counter-Defendant
ANDREW CIMERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTY WORLD INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>NEXTHOME, INC.; JAMES DWIGGINS; and DOES 1 through 20,<br><br>            Defendants. | Case No.: 3:16-cv-05761-JSC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER** |
| NEXTHOME, INC.,<br><br>            Counterclaimant,<br><br>       v.<br><br>REALTY WORLD, INC.; ANDREW CIMERMAN; YING TACK WONG; NEXTHOME INTERNATIONAL, INC.; and ROES 1 through 20, inclusive,<br><br>            Counter-Defendants. | |

WHEREAS pursuant to the request of the parties, on May 5, 2017, the Court issued an order referring this case to the Alternative Dispute Resolution (ADR) Unit for mediation.

WHEREAS the Court's order required the mediation to be completed within ninety days.

1  WHEREAS the ADR Unit appointed A. James Isbester of Kilpatrick, Townsend & Stockton, LLP as the mediator on May 17, 2017.

3  WHEREAS on or around June 5, 2017, the parties scheduled the mediation for July 12, 2017.

4  WHEREAS on June 6, 2017, Lawrence S. Gordon of Cozen O'Connor appeared in this action as counsel for plaintiff and counter-defendant Realty World, Inc. and counter-defendant Andrew Cimerman.

7  WHEREAS Mr. Gordon has been summoned for jury service to begin on July 10, 2017, and will potentially be unavailable for the July 12, 2017 mediation.

9  WHEREAS Realty World, Inc. and Andrew Cimerman noticed depositions of custodians of records of two non-party entities, which depositions are currently being rescheduled to accommodate schedules of all counsel.

12  WHEREAS Realty World, Inc. and Andrew Cimerman wish to obtain certain discovery and documents in order to enable them to meaningfully participate in the mediation.

14  WHEREAS counsel for Realty World, Inc. and Andrew Cimerman has reached out to the parties and Mr. Isbester to reschedule the mediation.

16  WHEREAS counsel for Realty World, Inc. and Andrew Cimerman was informed that Mr. Isbester is on vacation and will not be able to confirm his availability until June 30, 2017.

18  WHEREAS counsel for Realty World, Inc. and Andrew Cimerman is concerned about the ability of the parties to agree to an alternative mediation date within the previously set ninety day deadline in light of the above-referenced time constraints.

21  WHEREAS the rescheduling of the mediation shall in no way interfere with the progress of discovery or other aspects of this litigation.

23  THEREFORE, the parties stipulate to a sixty-day extension of the deadline to complete mediation from August 3, 2017 to October 2, 2017.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2017 | Respectfully submitted, |
| 2 | | COZEN O'CONNOR |

By: */s/ Yevgenia A. Wiener*
    Lawrence S. Gordon
    Yevgenia A. Wiener
    Attorneys for Plaintiff and Counter-Defendant,
    REALTY WORLD, INC. and Counter-Defendant,
    ANDREW CIMERMAN

DATED: June 30, 2017    BARTKO ZANKEL BUNZEL & MILLER

By: */s/ Sony B. Barari*
    Sony B. Barari
    Marco Quazzo
    Attorneys for Defendants, NEXTHOME, INC. and
    JAMES DWIGGINS

DATED: June 30, 2017    LAW OFFICE OF JEFFREY G. JACOBS

By: */s/ Jeffrey G. Jacobs*
    Jeffrey G. Jacobs
    Attorneys for Counter-Defendants, YING TACK
    WONG and NEXTHOME INTERNATIONAL,
    INC.

**ORDER**

Pursuant to the Stipulation, this Court GRANTS the parties' request and AMENDS the deadline to complete mediation to October 2, 2017.

IT IS SO ORDERED.

DATED: July 6, 2017

*Jacqueline Scott Corley*
Jacqueline Scott Corley
United States Magistrate Judge